U.S. DISTRICT C
SO. DIST. AL
MOBILE, AL 36

2000 DEC -1 A

FILED
CLERK'S OFF

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

**J.H. WRIGHT & ASSOCIATES, INC.**
**Plaintiff,**

**v.**

**CRIMINAL ACTION NO. 00-0906-RV-L**

**ERIC R. ENGERSON,**
**ROY ARSTON GRANT,**
**PRECISION SYSTEMS, L.L.C.,**
**and PELICAN, L.L.C.,**

**Defendants.**

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that plaintiff's motion for temporary restraining order (Doc. 2) and preliminary injunction (Doc. 6) is hereby **DENIED** and the plaintiff's motion for writ of seizure (Docs. 4, 19, 25) is hereby **DENIED IN PART and GRANTED IN PART**. Plaintiff's motion for leave to take immediate discovery (Doc. 7) is hereby **MOOT**.

The court notes that the parties have filed a "Joint Stipulation and Agreement and Consent Order" (Doc. 32) whereby the defendants agree not to use or conduct business under a name similar to that of "Precise Systems, Inc.," nor shall they attempt to confuse anyone into believing that they are associated with Precise Syastems, Inc. or J.H. Wright & Associates, Inc. Therefore, the plaintiff is hereby **DIRECTED** to notify the court on or before twelve days (12) from the date of this order whether or not any cause of action remains under the Lanham Act as stated in plaintiff's original complaint.

DONE this 30 day of November, 2000.

**RICHARD W. VOLLMER, JR.**
**UNITED STATES DISTRICT JUDGE**