U.S. DISTRICT COU
SO. DIST. AL.
MOBILE, AL 366

2000 DEC -1 A

FILED
CLERK'S OFFI

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **J. H. WRIGHT & ASSOCIATES, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIVIL ACTION 00-0906-RV-L** |
| **ERIC R. ENGERSON, ROY ARSTON GRANT, PRECISION SYSTEMS, L.L.C.,and PELICAN, L.L.C.,** | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that plaintiff's motion for temporary restraining (Doc. 2) and preliminary injunction (Doc. 6) be and is hereby **DENIED** and the plaintiff's motion for writ of seizure (Docs. 4, 19, 25) be and is hereby **DENIED in part and GRANTED in part.** Plaintiff's motion for leave to take immediate discovery (Doc. 7) is hereby **MOOT.**

**DONE and ORDERED** this 30 day of Nov, 2000.

[signature]
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE
1st DAY OF December
2000, JUDGEMENT ENTRY
NO. 9273
CHARLES R. DIARD, JR., CLERK
BY Tammy C. Thornton
DEPUTY CLERK

JUDGEMENT ENTERED ON DOCKET
Date 12/5/00 TMT